1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00048   AWI BAM |
| 12              Plaintiff, | STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND ORDER THEREON |
| 13         v. | |
| 14  JAMES BROOKS, | |
| 15              Defendant. | |

16

17  Defendant, JAMES BROOKS, through his counsel, Harry Drandell and the United States of

18  America, through its counsel, Benjamin B. Wagner, United States Attorney and Kevin P. Rooney,

19  Assistant United States Attorney, hereby stipulate to schedule a Change of Plea hearing on **June 10,**

20  **2013** at **10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

21

22  Dated: June 4, 2013                                     BENJAMIN B. WAGNER
                                                            United States Attorney
23

24                                                          /s/ Kevin P. Rooney
                                                            KEVIN P. ROONEY
25                                                          Assistant United States Attorney

26

27

28

Stipulation                                       1

1  Dated: June 4, 2013                          /s/ Harry Drandell
                                                HARRY DRANDELL
2                                               Attorney for Defendant, JAMES BROOKS

6                                     **ORDER**

7       IT IS HEREBY ORDERED that a change of plea hearing for defendant JAMES BROOKS is
8  set on June 10, 2013 at 10:00 a.m.

11  IT IS SO ORDERED.

12  Dated:   June 4, 2013            _____
13                                   SENIOR  DISTRICT  JUDGE

Stipulation                                    2